**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **BRIAN SCHOLES, IDOC # S00226,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 11-140-GPM** |
| | ) | |
| **FAYETTE COUNTY JAIL, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM AND ORDER

**MURPHY, District Judge:**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Donald G. Wilkerson (Doc. 38). Defendants Miles McConkey and Brian Glidden have moved for summary judgment on the claims of Plaintiff Brian Scholes, a prisoner in the custody of the Illinois Department of Corrections who brings this action pursuant to 42 U.S.C. § 1983 for alleged violations of his constitutional rights by persons acting under color of state law, for failure to exhaust administrative remedies as required under 42 U.S.C. § 1997e(a). *See* Doc. 22. In the Report and Recommendation, Magistrate Judge Wilkerson recommends that the motion for summary judgment be granted. The Report and Recommendation was entered on December 12, 2011. Scholes's objections to the Report and Recommendation were due December 30, 2011; to date, no objections have been filed. Where timely objections are filed, this Court must undertake a de novo review of the Report and Recommendation. *See* 28 U.S.C. § 636(b)(1)(B), (b)(1)(C); Fed. R. Civ. P. 72(b); SDIL-LR 73.1(b); *Harper v. City of Chicago Heights*, 824 F. Supp. 786, 788 (N.D. Ill. 1993). *See also Govas v. Chalmers*, 965 F.2d 298, 301 (7th Cir. 1992). The Court "may

accept, reject or modify the magistrate judge's recommended decision." *Harper*, 824 F. Supp. at 788.  In making this determination, the Court must look at all of the evidence contained in the record and "give fresh consideration to those issues to which specific objections have been made." *Id*. (quotation omitted).  However, where neither timely nor specific objections to the Report and Recommendation are made, pursuant to 28 U.S.C. § 636(b), this Court need not conduct a de novo review of the Report and Recommendation.  *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985).

Accordingly, the Court **ADOPTS** Magistrate Judge Wilkerson's Report and Recommendation (Doc. 38), and **GRANTS** the summary judgment motion of McConkey and Glidden (Doc. 22). This action is **DISMISSED without prejudice** for failure to exhaust administrative remedies.  *See Ford v. Johnson*, 362 F.3d 395, 401 (7th Cir. 2004) ("We . . . hold that *all* dismissals under § 1997e(a) should be without prejudice.") (emphasis in original).[1]  The Clerk of Court will enter judgment in accordance with this Order.

      **IT IS SO ORDERED.**

      DATED:  January 12, 2012

                            /s/ G. Patrick Murphy
                            G. PATRICK MURPHY
                            United States District Judge

---

1.    While, as discussed, a de novo review of the Report and Recommendation in this case is not required, the Court fully agrees with the findings, analysis, and conclusions of Magistrate Judge Wilkerson.